UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JASON L. SANDERS,

        Petitioner,               Case No. 1:22-cv-344

v.                                      Honorable Phillip J. Green

MATT MACAULEY,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  June 1, 2022                          /s/ Phillip J. Green
                                                             PHILLIP J. GREEN
                                                              United States Magistrate Judge