UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JASON L. SANDERS,

        Petitioner,        Case No. 1:22-cv-344

v.        Honorable Phillip J. Green

MATT MACAULEY,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  June 1, 2022        /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge